**JS-6**

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO INFANTE, | NO. SACV 25-01890-MCS (AGR) |
| Petitioner, | JUDGMENT |
| v. | |
| CHANCE ANDES, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation,

IT IS ADJUDGED that Judgment is entered denying the Petition for Writ of Habeas Corpus and this action is dismissed.

DATED:  March 11, 2026



_____

MARK C. SCARSI
United States District Judge